JS-6

Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Kevin Patrick Duggan

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| KEVIN PATRICK DUGGAN,<br><br>          Plaintiff,<br><br>     vs.<br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>          Defendant. | Case No.: 2:13-cv-00421 OP<br><br>ORDER OF<br>DISMISSAL |

     The above captioned matter is dismissed with prejudice, each party to bear
its own fees, costs, and expenses.

     IT IS SO ORDERED.
DATE:   07/25/2013

_____
THE HONORABLE OSWALD PARADA
UNITED STATES MAGISTRATE JUDGE

-1-

1  DATE: May 31, 2013                    Respectfully submitted,

2                                         LAW OFFICES OF LAWRENCE D. ROHLFING
                                          /s/ *Denise Bourgeois Haley*
   BY:_____
3                                         Denise Bourgeois Haley
                                          Attorney for plaintiff Kevin Patrick Duggan
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26